**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7043**

---

DEREK JACKSON, a/k/a James A. Jackson, a/k/a
Sa'id Abdus-Samad,

                                        Petitioner - Appellant,

        versus

SEWALL SMITH; ATTORNEY GENERAL OF THE STATE OF
MARYLAND,

                                        Respondents - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. John R. Hargrove, Senior District Judge.
(CA-94-114-HAR)

---

Submitted:  March 21, 1996          Decided:  April 2, 1996

---

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Derek Jackson, Appellant Pro Se.  John Joseph Curran, Jr., Attorney
General, Gwynn X. Kinsey, Jr., Assistant Attorney General, Balti-
more, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Jackson v. Smith, No. CA-94-114-HAR (D. Md. June 15, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED